THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD CO.,
Appellant, *v.* ANDREW JACKSON, Respondent.

(Argued June 10, 1890; decided June 27, 1880.)

APPEAL·from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made March 5, 1888, which affirmed a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term.

*L. A. Lockwood* for appellant.

*Wallace Macfarlane* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

GUSTAVUS ISAACS, Respondent, *v.* JAMES B. SMITH et al.,
Appellants.

(Argued June 12, 1890; decided June 27, 1890.)

APPEAL from judgment of the General Term of the Superior
Court of the City of New York, entered upon an order made
April 9, 1888, which affirmed a judgment in favor of plaintiff
entered upon the report of a referee.

*Jacob F. Miller* for appellants.

*Gershom A. Seixas* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.